**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

UNITED STATES OF AMERICA,
　　*Plaintiff,*

　　　　vs.

EDDY CASTILLO-BRITO,
　　*Defendant.*

Case No.: 25-517 (MAJ)

**MOTION FOR CHANGE OF PLEA, WAIVER OF PRESENCE INVESTIGATION REPORT, AND SCHEDULING OF SAME-DAY SENTENCING HEARING**

TO THE HONORABLE COURT:

## I.　　Introduction.

On December 5, 2025, immigration authorities arrested Eddy Castillo-Brito, as he stopped at his friend's house to eat breakfast before going to work. Eddy had previously been petitioned by his U.S. citizen wife, and he received an approval notice on May 2022. He attended his biometrics appointment October 2025 and was in the process of filing to obtain his green card. In the meantime, Eddy worked in construction, operating his own business "ECB Solutions Inc," and stayed out of trouble. Nonetheless, that day in early December, agents swarmed his car, arrested, and subsequently charged Richard with 8 U.S.C. 1326(a) rooted in a prior 2003 deportation order. Eddy has no prior criminal history. On December 8, 2025, Eddy was released under strict electronic conditions. Now Eddy waits for the closure of his case and hopes he can continue fighting his immigration case after his criminal case is closed.

## II.　　Request for a same-day change of plea and sentence.

Eddy's decision was not made with ill intent, and he accepts responsibility for violating the above statute. He now moves this Court for a change of plea hearing, acknowledging his violations of 8 U.S.C. § 1326(a). To that end, he respectfully requests this

Honorable Court waive the preparation of a Presentence Investigation Report (PSR), rely on the findings of the Pretrial Services Report and this submission, and proceed to sentencing following the change of plea hearing.[1] Undersigned will file a sentencing memorandum shortly to supplement any additional personal information. However, with no criminal history, Eddy's applicable Guideline calculations are 0-6 months. This, combined with the statutory penalties, all suggest a time-served sentence is appropriate.

WHEREFORE, the Defendant, Eddy Castillo-Brito, respectfully requests this Honorable Court grant relief as requested herein and sentence him to the time he has already served.

**I CERTIFY** that on this date I electronically filed the present motion with the Clerk of Court using the CM/ECF system, which will send electronic notification of said filing to all parties of record.

**RESPECTFULLY SUBMITTED,**

In San Juan, Puerto Rico, this 26th day of March 2026.

RACHEL BRILL
FEDERAL PUBLIC DEFENDER
District of Puerto Rico

*s/ MaríaCarolina Gómez-González*
Assistant Federal Public Defender
USDC-PR G03715
241 F.D. Roosevelt Ave.
San Juan, PR 00918
Tel. (787) 281-4922
Email: Maria_Gomez@fd.org

---

[1] Federal Rule of Criminal Procedure 32(c)(1)(A)(ii) permits the Court to sentence without the preparation of a PSR if it finds the information in the record enables it to meaningfully exercise its sentencing authority under 18 U.S.C. § 3553(a), and the Court explains its finding on the record.