# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
*Plaintiff*,

v.

EDDY CASTILLO-BRITO,
*Defendant*.

**Crim. No. 25-517 (MAJ)**

## MOTION SUBMITTING EXHIBITS

Eddy Castillo-Brito, represented by the Federal Public Defender for the District of Puerto Rico through undersigned counsel, filed a sentencing memorandum and respectfully submits the following exhibits in support of that memorandum:

*Exhibit G*- Certified English translations of the letters of support.

*Exhibit H*- Additional letters of support with certified English translation.

This request is made in good faith.

**WHEREFORE**, it is respectfully requested that this Honorable Court consider the above ahead of the scheduled sentencing hearing tomorrow, April 9, 2026.

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the parties of record.

**RESPECTFULLY SUBMITTED** on April 8, 2026.

**Rachel Brill**
FEDERAL PUBLIC DEFENDER
DISTRICT OF PUERTO RICO

**s/ MaríaCarolina Gómez-González**
Assistant Federal Public Defender
USDC-PR G03715
241 F.D. Roosevelt Ave.

1

San Juan, PR 00918
Tel. (787) 281-4922
Email: Maria_Gomez@fd.org