TO WHOM IT MAY CONCERN:

I, Isaack Almonte, hereby certify and state that Mr. Eddy Castillo is a person of exemplary conduct, responsible and with high moral values.

I have been pleased to know him for several years, during which time he has shown himself to be a respectful, honest, hardworking and committed individual. His behavior has always been impeccable, distinguishing himself by his integrity and his cordial treatment of others.

I can assure you with total confidence that Mr. Eddy Castillo is a person of integrity, trustworthy, so I highly recommend him for any management or purpose that is required of him.
For any additional information, you can contact this number: 787- 628-8010.

This is issued at the request of the interested party, for the purposes it may deem necessary.
Regards,
I have the honor of knowing him since 2017, during which time he has been an important part of my life, becoming my stepfather. During all these years he has shown himself to be a respectful, hardworking, honest and committed man to his family and his environment.

I can affirm with full certainty that Mr. Eddy Castillo is a good person, trustworthy and with strong principles, so I recommend him without any reservation for any matter that he considers pertinent.

This is issued at the request of the interested party, for the purposes it may deem appropriate.
Sincerely,


**Mr. Issack Almonte**
*Signature: /s/ Issack Almonte*
*License No.:_____*
*Date:  04/04/26*

TO WHOM IT MAY CONCERN:

I, Yanilca S. Berroa Zorrilla, hereby state that I am a friend of Mr. Eddy Castillo, who has been a person of great importance in the life of my son, Yaniel Berroa.

Since I moved from Santo Domingo, Mr. Eddy Castillo has assumed a significant role as a father figure to my son, who recognizes and appreciates him as such. He has shown himself to be a responsible, attentive and committed man, actively involved in his upbringing and well-being.

Among his actions, I can highlight that he is in charge of looking for him at school, sharing quality time with him and participating in various activities that contribute to his emotional and personal development. His dedication, affection and sense of responsibility have always been evident.

For the foregoing, I attest that Mr. Eddy Castillo is a person of good values, committed to his environment and trustworthy.
This is issued at the request of the interested party, for the purposes it may deem appropriate.
Sincerely,


Ms. Yanilca Berroa
Signature: */s/ Yanilca S. Berroa Zorrilla*
License No.: 9998676
Date: 04/05/26

To whom it may concern:

I, Severina Garcia Hinojosa, hereby attest and bear witness to the human quality, responsibility and spirit of collaboration of Mr. Eddy Castillo Brito.

I have known him for approximately 21 years, during which time he has proven to be a person of integrity, honesty and always willing to provide support to those around him.
His behavior has been constant in values, standing out for his respect, commitment and vocation for service.

For these reasons, we fully recommend Mr. Eddy Castillo Brito, assuring that he is an exemplary and trustworthy citizen.
This document is issued at the request of the interested party, for the purposes it may deem appropriate.
My telephone number is 787 530-0073.
Sincerely,


At the request of the interested party, for the purposes you may deem appropriate. Sincerely,
Ms. Severina García Hinojosa
Signature: */s/ Severina García*
License No.: 6792168
Date: 04/05/2026

TO WHOM IT MAY CONCERN:

I, Danser Michael Ortiz de la Cruz, hereby state and attest that Mr. Eddy Castillo is a person of impeccable conduct, responsibility and good values.

I have the honor of knowing him since 2017, during which time he has been an important part of my life, becoming my stepfather. During all these years he has shown himself to be a respectful, hardworking, honest and committed man to his family and his environment.

I can affirm with full certainty that Mr. Eddy Castillo is a good person, trustworthy and with strong principles, so I recommend him without any reservation for any matter you may consider pertinent.

This is issued at the request of the interested party, for the purposes it may deem appropriate.
Sincerely,

Mr. Danser Michael

Signature: */s/ Danser Michael*
License No.:    33 928 752 P.A.
Date:    April 3, 2026

To whom it may concern:

I, Eduardo Ramos, hereby state that I have known Mr. Eddy Castillo Brito for 21 years.

During all this time, I have had the opportunity to appreciate his personal values, his responsibility and his integrity on both personal and professional levels. Eddy is an honest, respectful person who is committed to his responsibilities, qualities that make him worthy of my full trust and recommendation.

For this reason, I have no objection to fully recommending him for any activity, employment or responsibility assigned to him, as I am sure that he will fulfill satisfactorily.

For any additional information, you can contact me at 787-324-6700.

Without further ado, for the moment, best regards,

Sincerely, Eduardo Ramos


Eduardo Ramos

Signature: */s/ Eduardo Ramos*

License No. 6709139

Date: 04/05/2026

To whom it may concern:

I, Guillermina  Suarez Tejada, hereby I state that I have known Mr. Eddy Castillo Brito for 21 years. During all this time, I have had the opportunity to appreciate his personal values, his responsibility and integral behavior both personally and professionally. Eddy is an honest person, respectful and committed to his responsibilities, qualities that make him worthy of my whole trust and recommendation.

For this reason, I have no objection to recommend him widely for any activity, employment or responsibility assigned to him, since I am sure that he will fulfill it satisfactorily.

For any additional information, you can contact me at 910-578-2282.

Without further ado, for the moment,

Sincerely,

Guillermina Suárez Tejada

Guillermina Suárez Tejada

Signature: */s/ Guillermina Suárez Tejeda*

License No.:    4019966

Date:        04/05/2026

TO WHOM IT MAY CONCERN:

I, Rosa Herminia Zorrilla de Rivera, hereby state that I have the pleasure of knowing Mr. Eddy Castillo for approximately four (4) years.

During this time, I have been able to appreciate that he is a very peaceful, respectful and good-natured person.

He has distinguished himself by being responsible, honest and maintaining appropriate conduct in his personal and social life.

He has also shown himself to be a collaborative, attentive individual with strong values, which has allowed him to earn the respect and trust of those around him.

For all of the above, I attest that Mr. Eddy Castillo is a good, trustworthy person, so I highly recommend him for any purpose you may consider necessary.

This is issued at the request of the interested party, for the purposes it may deem appropriate. Sincerely,

Mrs. Rosa Herminia Zorrilla
Signature: */s/ Rosa Herminia Zorrilla*
License No.: 2643-728-64-661-0
Date:  04/05/2026

Translator's Certificate
I hereby certify that the foregoing is a true and exact, to the best of my abilities,
translation of the Spanish original provided to me.

Ana Angélica López Hernández, Translator (Phase I FCICE)