Exhibit H- Additional letters of support and English translation

A quien pueda interesar:

Por medio de la presente, yo, Yara I. Serrano, tengo el honor de recomendar ampliamente al señor Eddy Castillo Brito.

Conozco al señor Castillo Brito desde hace aproximadamente 11 años, tiempo durante el cual he podido apreciar tanto su calidad profesional como sus valores personales. Es una persona responsable, honesta, comprometida y de excelente conducta.

Durante este tiempo, ha demostrado ser alguien confiable, trabajador y con gran capacidad para desenvolverse en distintos entornos, destacándose siempre por su disposición para colaborar, su actitud positiva y su ética de trabajo.

Estoy convencida de que cualquier institución o proyecto que cuente con su participación obtendrá resultados de alta calidad, ya que Eddy Castillo Brito es un individuo que aporta dedicación, respeto y profesionalismo en todo lo que realiza.

Para cualquier información adicional, puede comunicarse al siguiente número de contacto:

Teléfono: 939-498-9111

Yara I. Serrano

Firma: _Yara I. Serrano_

Licencia: _____

Fecha: _4_ / _7_ / _2006_

Exhibit H- Additional letters of support and English translation

Por medio de la presente, yo, Bruwni Allende Martínez Abreu, deseo expresar mi más sincera recomendación a favor del señor Eddy Castillo Brito.

Conozco a Eddy desde hace más de 20 años, tiempo durante el cual no solo ha sido mi cliente, sino también un gran amigo y compañero en la iglesia. A lo largo de todos estos años, ha demostrado ser una persona responsable, respetuosa, honesta y con sólidos valores morales.

Eddy es alguien en quien se puede confiar plenamente. Su trato hacia los demás siempre es amable, y se caracteriza por su compromiso, seriedad y buena conducta tanto en lo personal como en lo social. Estoy seguro de que será un excelente aporte en cualquier entorno en el que se desempeñe.

Por todas estas razones, recomiendo ampliamente a Eddy Castillo Brito, sin ninguna reserva.

Para cualquier información adicional, pueden comunicarse conmigo al número 787-943-0191.

Atentamente,

Bruwni Allende Martínez Abreu

Firma: _____

Licencia: _4428479_

Fecha: _06_ / _04_ / _2026_

2

Exhibit H- Additional letters of support and English translation

Yo, Santa Hernández de Bobonagua, llevo 10 años conociendo a Eddy Castillo Brito y puedo decir con total confianza que es una persona íntegra, responsable y muy profesional.

Durante todos estos años he visto su dedicación y compromiso en cada proyecto que emprende, y siempre habla con respeto y seriedad. Por eso, lo recomiendo plenamente.

Para cualquier consulta, pueden comunicarse conmigo al 787-315-5150.

Firma: _Santa Hernandez_

Licencia: _____

Fecha: _6_ / _4_ / _2026_

3

Exhibit H- Additional letters of support and English translation

A quien pueda interesar:

Yo, Pedro García Hinojosa, por medio de la presente doy fe y testimonio de la calidad humana, responsabilidad y espíritu colaborador del señor Eddy Castillo Brito.

Hago constar que tengo aproximadamente 28 años de conocerlo, desde la República Dominicana, tiempo durante el cual ha demostrado ser una persona íntegra, honesta y siempre dispuesta a colaborar con los demás. Su conducta ha sido ejemplar, destacándose por sus valores, respeto y compromiso en todo lo que realiza.

Por tales razones, recomiendo ampliamente al señor Eddy Castillo Brito, asegurando que es una persona seria, confiable y digna de toda consideración.

Para cualquier información adicional, pueden comunicarse al teléfono: 787-672-4898.

Se expide la presente a solicitud de la parte interesada, para los fines que estime convenientes.

Atentamente,

Pedro García Hinojosa
Firma:
Licencia: UN 473914
Fecha: 6 / 16 / 2026

To whom it may concern:

I, Yara I. Serrano, hereby have the honor of fully recommending Mr. Eddy Castillo Brito.

I have known Mr. Castillo Brito for approximately eleven years, time during which I have been able to appreciate his professional qualities and personal values.  He is a responsible, honest, and committed person of excellent behavior.

During this time, he has proven to be a trustworthy person, a hardworking person with a great ability to perform in different areas, standing out for his willingness to collaborate, his positive attitude and work ethics.

I am certain that whichever institution or project that counts with his participation will yield high-quality results because Eddy Castillo Brito is someone who contributes with his dedication, respect and professionalism to everything he does.

For further information, please contact me on the number below:

Telephone: 939-498-9111

Yara I. Serrano

Signature:  */s/  Yara I. Serrano*

License No. _____

Date:  04/07/2026

I, Bruwni Allende Martinez Abreu, would like to state my most sincere recommendation on behalf of Mr. Eddy Castillo Brito.

I have known Eddy for more than 20 years, during which he has not only been my client, but a very good friend and fellow church member. Throughout the years he has shown that he is a responsible, respectful, honest person with strong moral values.

Eddie is someone you can fully trust. His treatment of others has always been kind, and he stands out for his commitment, reliability, and good behavior both personally and socially.

I am certain that he will be an excellent asset in any setting in which he works.

For all of the above, I fully recommend Eddy Castillo Brito without hesitation.

For further information, you may contact me on 787-943-0191.

Best regards,

Bruwni Allende Martínez Abreu

Signature: */s/ Bruwni Allende Martínez Abreu*

License No. 4428479

Date: 04/06/2026

I, Santa Hernández de Bobonagua, have known Eddy Castillo Brito for ten years and I am able to say with complete confidence that he is an upright, responsible and professional person.

During these years, I have seen his dedication and commitment to every project he carries out, and he always speaks with respect and sincerity.

Therefore, I fully recommend him.

You may contact me on 787-315-5150 for any consultation.

Signature:  */s/ Santa Hernández*

License No. _____

Date:  04/06/2026

To whom it may concern:

I, Pedro García Hinojosa, hereby attest and bear witness to the human quality, responsibility and spirit of collaboration of Mr. Eddy Castillo Brito.

I would like to state that I have known him for approximately 28 years, from the Dominican Republic, during which time he has shown himself to be a person of integrity, honesty and always willing to collaborate with others. His conduct has been exemplary, standing out for his values, respect and commitment in everything he does.

For these reasons, I highly recommend Mr. Eddy Castillo Brito, assuring that he is a serious, reliable person worthy of all consideration.

For any additional information, you may contact the phone: 787-672-4898.

This document is issued at the request of the interested party, for the purposes it deems appropriate.

Sincerely,


Pedro García Hinojosa

Signature: */s/ Pedro García*

License: 4247394

Date: 04/06/2026

Translator's Certificate
I hereby certify that the foregoing is a true and exact, to the best of my abilities,
translation of the Spanish original provided to me.

Ana Angélica López Hernández, Translator (Phase I FCICE)