## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>v.<br><br>EDDY CASTILLO-BRITO,<br>Defendant. | Crim No. 25-517 (MAJ) |

### MOTION REQUESTING TRANSCRIPT

TO THE HONORABLE COURT:

Mr. Castillo, through counsel, respectfully moves this Court for an Order letting counsel obtain the ordinary transcript for the Plea and Sentencing Hearing, held on April 9th, 2026 (DE 34) before Judge Maria Antongiorgi-Jordan.

See Amended Standing Order 20-061(GAG) (April 11, 2023) (requiring court order for access notwithstanding the First, Fifth, Sixth, and Fourteenth Amendments). This transcript is necessary to provide effective representation to Mr. Castillo. *Attached as Exhibit No. 1*, Transcript Order Form.

WHEREFORE, Mr. Castillo respectfully requests that the Court takes notice and grant this motion.

RESPECTFULLY SUBMITTED

In San Juan, Puerto Rico, this 9th, day of April 2026.

| | |
|---|---|
| *I CERTIFY that on this date I electronically filed the foregoing motion with the Clerk of Court using the CM/ECF system which will send notification of this filing to the parties of record. | RACHEL BRILL<br>Federal Public Defender<br>District of Puerto Rico<br><br>s/ MARIA CAROLINA GÓMEZ<br>Maria Carolina Gómez<br>USDC-PR G03715<br>241 F.D. Roosevelt Ave.<br>San Juan, PR 00918<br>Tel. (787) 281-4922 / Fax (787) 281-4899<br>Email: Maria_Gomez@fd.org |